IN THE COURT OF CRIMINAL APPEALS
OF TEXAS
                                            


NO. PD-1029-09



MICHAEL CHARLES FULLER, Appellant

v.

THE STATE OF TEXAS



ON APPELLANT’S PETITION FOR DISCRETIONARY REVIEW
FROM THE SIXTH COURT OF APPEALS
LAMAR COUNTY




           Per curiam. Keasler and Hervey, JJ., dissent. 

ORDER
           The petition for discretionary review violates Rule of Appellate Procedure 9.3
because the original petition is not accompanied by 11 copies.
           The petition is struck. See Rule of Appellate Procedure 68.6.
           The petitioner may redraw the petition. The redrawn petition must be filed in the
COURT OF CRIMINAL APPEALS within thirty days after the date of this order.
En banc
Delivered: November 4, 2009
Do Not Publish